United States District Court

Eastern District of California

Lionel Hanson,

     Petitioner,　　　　　　　　　No. Civ. S 05-0284 LKK PAN P

  vs.　　　　　　　　　　　　　　　Order

Scott Kernan, Warden,

     Respondent.

-oOo-

    May 5, 2005, respondent requested an extension of time to file and serve a response to the habeas petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: May 19, 2005.

　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　Magistrate Judge