United States District Court

Eastern District of California

Lionel Hanson,

        Petitioner,                No. Civ. S 05-0284 LKK PAN P

   vs.                        Order

Scott Kernan,

        Respondent.

                      -oOo-

    June 3, 2005, respondent requested an extension of time to file and serve a response to the petition.  At that time, respondent had until June 18, 2005, to file and serve a response. July 5, 2005, respondent filed and served a response.  Good cause appearing, respondent's request is granted and the response is accepted as timely.

    So ordered.

    Dated:  August 2, 2005.

                       /s/ Peter A. Nowinski
                       PETER A. NOWINSKI
                       Magistrate Judge